EDWARD CLARK vs. JOHN JEWETT et. al.

Where a party makes a case and gives notice of argument before the circuit judge, but serves no copy case before argument, the opposite party appearing for the argument and decision being made in his favor, no one appearing on behalf of the party moving, an appeal from the circuit judge subsequently, by the moving party, will be set aside.

*Motion by plaintiff to set aside defendant's appeal from circuit judge.*— The plaintiff moved on the ground that no copy case made by defendant was served before the day of argument, before the circuit judge, and that

no one appeared at the time of the argument on the part of the defendants, according to the notice. The plaintiff having taken judgment by default on filing decision of circuit judge. The plaintiff also gave notice that inasmuch as the object of this motion was to bring the cause to a close, the court would be asked that the costs of the motion abide the event of the suit.

JOHN VAN BUREN, *Plff's Counsel.*   VAN BUREN & OSTRANDER, *Plff's Attys.*

A. CRIST, *Defts Counsel.*   A. CRIST, *Defts Atty.*

BEARDSLEY, Justice.—Granted the motion, without costs.